■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS DE LEON, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed

November 5, 1980. Sentence modified, as a matter of discretion in the interest of justice, by reducing the minimum period of incarceration to three years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated. Lazer, J. P., Gulotta, Thompson and Niehoff, JJ., concur.